UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAYMOND and HARRISE FOX, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ULTRA PLAY SYSTEMS, INC., as a ) <br> successor corporation of RECREATION ) <br> EQUIPMENT CORP., ) <br> ) <br> Defendant. ) | Case No. CIV-06-384-SPS <br> Document No. 51 |

## ORDER OF DISMISSAL WITH PREJUDICE

NOW ON this 12th day of September, 2007, the above-styled and numbered cause coming on for hearing before the undersigned Judge of the United States District Court in and for the Eastern District of Oklahoma, upon the Stipulation for Dismissal of Plaintiffs and Defendant herein; and the Court, having examined the pleadings and being well and fully advised in the premises, is of the opinion that said cause should be dismissed with prejudice to its refiling.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-styled and numbered cause be and the same is hereby dismissed with prejudice to its refiling.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear their own attorney fees and costs.

UNITED STATES MAGISTRATE JUDGE

H:\WP Files\CMECF Documents for PDF\06cv384 Order of Dismissal.wpd